**Lylah Lee TRAVIS, Appellant,**

v.

**The CURATORS OF THE UNIVERSITY OF MISSOURI, Respondent.**

**No. WD 45578.**

Missouri Court of Appeals,
Western District.

Aug. 4, 1992.

Before LOWENSTEIN, C.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM:

From an award of the Industrial Relations Commission, the employee appeals. Judgment affirmed. Rule 84.16(b).